EXHIBIT 2

 **COBB COUNTY** SCHOOL DISTRICT    **DISTRICT ADMINISTRATIVE RULE**

**IFAA-R   Instructional Resources Selection and Acquisition**
7/1/22                                    GSBA Reference: IFAA (Textbook Selection and Adoption)

**RATIONALE/OBJECTIVE:**

In the Cobb County School District (District), the identification of effective learning resources is a systematic, data driven process in which teaching & learning supervisors, teachers and community members carefully review and evaluate learning resources.  The review process is vital for gathering feedback and data to inform the recommendation of resources to the Board of Education.

**RULE:**

Teachers and students need access to a comprehensive collection of learning resources that can be customized to meet the diverse learning needs of students and provide teachers with the necessary tools to effectively teach the Cobb Teaching & Learning Standards.

Instructional resources shall be approved based on the extent to which they are aligned with the Cobb Teaching and Learning Standards and District goals.

If requested, curriculum and instructional resource vendors shall be required to certify that all curriculum and resources provided to the District comply with applicable state law and district policies and rules.

 **A.  SOURCES OF CONTENT:**
   1. Locally Developed Resources (LDR) are resources created by the educators in the District that include, but are not limited to, multimedia resources, problem based activities, unit and lesson plans, and assessments.
   2. Open Educational Resources (OER) are any resources print or non-print available at little or no cost that can be used to support teaching and learning. The term can include, but is not limited to, textbooks, course readings, multimedia resources, simulations, games, quizzes, assessment tools, and related content that can be used for educational purposes.
   3. Publisher Produced Resources (PPR) are purchased content in print and/or non-print formats that could include, but are not limited to, textbooks, full courses, content cartridges, multimedia resources and professional learning services.

**PART I**

**A. CORE LEARNING RESOURCES:**
Core Learning Resources are instructional materials and content which constitute the principal source of study for a state funded course, not including supplementary or ancillary material (see Part II below) that include print and non-print resources provided for use by a whole class or specific course and are highly aligned to the Cobb Teaching and Learning Standards. These resources shall be presented to the Board for approval following a review process outlined below.

**B. CORE LEARNING RESOURCES NEEDS ASSESSMENT:**
   1. Prior to the selection of core learning resources an evaluation of current resources by course/subject will be conducted to determine and address learning resource needs.
   2. An analysis of the needs assessment will be conducted by the Learning Resources department and respective Teaching & Learning supervisor to determine the needs of a

course/subject.  The data gathered from the needs assessment will help determine the resources needed for review.

**C. CORE LEARNING RESOURCES REVIEW COMMITTEE:**

Review Committees are established for each course/subject area.  The Review Committee will be created jointly by the Learning Resource department and the Teaching & Learning supervisor based on recommendations made by the local school principals.  Every school who teaches the course/subject under review will have the opportunity to be represented. Members will:

1. Review Committee members will have access to all material including print and non-print.
2. The material and digital access information will be available at the school site/location to allow for hands-on, daily experiences with the resources.
3. Committee members will have unlimited access to the resources during the review process, so they can evaluate the effectiveness of the resources and collect student feedback.
4. All communication with the learning resource provider will be made through the Learning Resource department.

**D. CORE LEARNING RESOURCES REVIEW PROCESS:**

1. The following general criteria shall be used in the selection and evaluation of core learning resources:
   a. Resources shall support and be consistent with the District's mission, vision and goals.
   b. Resources shall directly support the instruction of the Cobb Teaching and Learning Standards.
   c. Resources shall include digital learning resources that are device agnostic and Learning Tools Interoperability (LTI) compliant.
   d. Resources shall promote the integration of higher-level thinking skills.
   e. Resources shall meet high standards of quality in factual content and presentation.
   f. Resources shall be appropriate for the course/subject area.
   g. Resources shall be appropriate for the student's age, emotional and social development.
   h. Resources shall enhance the users experience and have aesthetic and literary value.
   i. Resources shall avoid bias and adhere to standards of sensitivity relative to student race, gender, religion, culture, ethnicity, disability, and socioeconomic status in compliance with applicable state law and district policies and rules.
2. The procedure for selection and acquisition of core learning resources is as follows:
   a. Develop specific criteria for the subject area course to be used in the selection and evaluation of learning resources.
   b. Complete the review of subject area and course needs assessment.
   c. Identify the type and number of core learning resources to be reviewed based on the results of the needs assessment.
   d. Select review committee members for each subject area and course being reviewed. Every school that offers the course/subject under review will have the opportunity to be represented.
   e. Evaluate submitted resources by the learning resource review committee.
   f. Provide for district-wide and public review of print and non-print resources throughout the process.
   g. Collect and analyze all data gathered during review period regarding:
      (1) Cobb Teaching and Learning Standards alignment
      (2) General criteria
      (3) Specific subject area and course criteria
      (4) Digital resources and ease of use
      (5) Student and teacher feedback
      (6) District wide and public feedback

    h.  A technical review of all recommended resources will be conducted by Technology Services to assure compatibility with CCSD hardware and networks.

    i.  Based on the data collected and the outcome of the process a recommendation will be made to the Superintendent.

    j.  The Superintendent or designee will present a full report and recommendation to the Board.

    k.  The criteria for the acquisition of supplementary resources should be consistent with the general criteria used for the selection of core learning resources.

    l.  If the need arises for a limited review of core learning resources, such as for a newly developed course, an ad hoc committee must be formed to review proposed material. Ad hoc committees must have a minimum of three members familiar with the standards of the newly developed course.  The criteria for the acquisition of core learning resources for a newly developed course should be consistent with the general criteria.

## E.  COMMUNITY & DISTRICT WIDE REVIEW OF CORE LEARNING RESOURCES:

1. The resources under review will be made available district wide and to the public throughout the review period.  All print resources will be made available for review at a central location during regular business hours for a minimum of ten (10) working days.  To the extent possible, all digital resources will be made available through the district website.  District staff and community members who wish to review suggested resources will be asked to provide feedback, and this data will be used to inform the decision-making process.
2. Any materials identified as possibly inappropriate shall be brought to the attention of the Superintendent or designee.
3. Material determined to be inappropriate to the general population of Cobb County shall be returned to the review committee for re-consideration.
4. The Superintendent or designee shall be responsible for securing Board approval prior to the opening of each school year for any course or program K-12 for which students will not be provided instructional resources on a one per student basis or class sets.

## PART II

## A.  SUPPLEMENTAL LEARNING RESOURCES:

1. Supplementary learning resources are any medium, print or non-print, designed to supplement the core learning resources purchased at the District or local school level. These materials include, but are not limited to, articles, online simulations, worksheets, novels, biographies, speeches, videos, music, and similar resources in any medium, including both physical or digital.
2. Local Schools have the flexibility to acquire supplemental learning resources to support the District provided core learning resources.
    a.  In no instance shall a school purchase instructional resources which supplant the Board approved core learning resources without following the procedure for pilot projects as outlined in Rule ICD-R (Pilot Projects).
3. **Non-School Materials/Outside Presenters:**
All non-school print and non-print materials utilized in the instructional program by teachers, students, and guest presenters shall be supportive of the adopted curriculum for the course being taught and appropriate for the targeted audience. It is the responsibility of the teacher to preview non-school materials prior to use and to inquire of a guest presenter information regarding his/her objectives and the contents of his/her presentation prior to the presentation.
4. **Materials Provided by Business and Commercial Concerns:**
    a.  The intent of the business or commercial concern contributing the material must be judged to be of a community service nature rather than a matter of commercialism.
    b.  The use of instructional materials provided by business and commercial concerns must be in keeping with District procedures intended to protect students from commercial

exploitation and to preserve instructional time from non-educational interference. The District's procedures are detailed in Administrative Rule JHA-R (Student Activities Fund Raising) and Administrative Rule KJ-R (Advertising in the Schools).

## B. SELECTION OF SUPPLEMENTAL LEARNING RESOURCES

Supplemental learning resources should be considered on the basis of the following:

1. The author or producer should be qualified as a subject specialist;
2. Concepts, content, and vocabulary should be appropriate for the potential user;
   a. Content harmful to minors shall be prohibited.  As defined in O.C.G.A. §20-2-324.6, "harmful to minors" means that quality or description or representation, in whatever form, of nudity, sexual conduct, sexual excitement, or sadomasochistic abuse, when it:
      (1) Taken as a whole, predominantly appeals to the prurient, shameful, or morbid interest of minors;
      (2) Is patently offensive to prevailing standard in the adult community as a whole with response to what is suitable material for minors; and
      (3) Is, when taken as a whole, lacking in serious literary, artistic, political, or scientific value for minors.
   b. Content that advocates for divisive concepts shall be prohibited.  As defined in O.C.G.A §20-1-11, "divisive concepts" means any of the following concepts, including views espousing such concepts:
      (1) One race is inherently superior to another race;
      (2) The United States of America is fundamentally racist;
      (3) An individual, by virtue of his or her race, is inherently or consciously racist or oppressive toward individual of other races;
      (4) An individual should be discriminated against or receive adverse treatment solely or partly because of his or her race;
      (5) An individual's moral character is inherently determined by his or her race;
      (6) An individual, solely by virtue of his or her race, bears individual responsibility for actions committed in the past by other individuals of the same race;
      (7) An individual, solely by virtue of his or her race, should feel anguish, guilt, or any other form of psychological distress;
      (8) Performance-based advancement or the recognition and appreciation of character traits such as a hard work ethic are racist or have been advocated for by individuals of a particular race to oppress individuals of another race; or
      (9) Any other form of race scapegoating or race stereotyping.
         (a) As defined in O.C.G.A. §20-1-11, "race scapegoating" means assigning fault or blame to a race, or to an individual of a particular race because of his or her race.  Such term includes, but is not limited to, any claim that an individual of a particular race, consciously and by the virtue of his or her race, is inherently racist or is inherently inclined to oppress individuals of other races.
         (b) As defined in O.C.G.A. §20-1-11, "race stereotyping" means ascribing character traits, values, moral or ethical codes, status, or beliefs to an individual because of his or her race.
3. Facts presented should be accurate and up to date;
4. Information should be logically arranged;
5. Subject matter should hold the attention of the student;
6. Format of the material should be attractive and durable;
7. Illustrations should be pertinent and well executed;
8. Items should meet a real or potential need;
9. Evaluations from standard selection aids should be given consideration;
10. Topics of a sensitive nature (i.e. social, political, religious) should be given a balanced treatment, with both pros and cons represented;
11. Equipment for purchase shall be considered on the basis of the following:
12. Quality;

13. Durability;
14. Ease of use;
15. Ease of maintenance and serviceability;
16. Functionality;
17. Safety; and
18. Cost.

## C. SUPPLEMENTAL LEARNING RESOURCES PREVIEW/PERMISSION:

1. **Preview:**
   Teachers are responsible for completely previewing all supplemental materials (regardless of their source) before using them for whole-class instruction.
2. **Permission:**
   The Teacher, Principal or designee of a school may require written permission (Form IFAA-1 [Parent/Guardian Permission Form for Supplementary Materials]) of parents/guardians prior to the reading/viewing of supplementary materials if in his/her opinion the content may be of a sensitive nature within the school's community or the age group served by the school.

## D. ALTERNATIVE ASSIGNMENTS:

Professional discretion of the Principal or designee and staff must be used in the use of supplementary materials which might include topics of a sensitive nature as perceived by the community served. Parents/guardians of a student always have the option of requesting alternative assignments.

## PART III

## A. SPECIAL EDUCATION:

Due to the unique needs of students in special education programs, teachers and administrators are authorized to select instructional resources to be consistent with the Individualized Education Program (IEP) of each student. While separate adoption is not required for special education programs and courses, special education students must be provided, free of charge, appropriate instructional materials as dictated by their IEP's or other program planning conducted for each student.

Adopted: 7/26/79
Revised: 4/28/83; 8/8/84; 6/7/91; 6/25/92, 1/13/93; 7/26/93; 7/28/94; 8/9/95; 11/10/99
Reclassified an Administrative Rule: 9/1/04
Revised: 1/13/10
Revised and re-coded: 9/27/12 (Previously coded as Administrative Rule IJJ)
Revised: 2/25/16; 7/1/22

Legal Reference
| | |
|---|---|
| O.C.G.A. 20-1-11 | Protecting Students First Act |
| O.C.G.A. 20-2-1010 | SBOE prescribes textbooks |
| O.C.G.A. 20-2-168 | Distribution of federal funds; summer school programs; year-round operation |
| O.C.G.A.20-2-324.6 | Content Harmful to Minors |
| O.C.G.A. 20-2-786 | Parent Bill of Rights |
| Rule 160-4-4-.10 | Textbook/Instructional Materials Selection and Recommendation |
| Rule 160-4-4-.20 | Learning Resources Advisory Committee |