EXHIBIT 3

# My Shadow is PURPLE

Written & Illustrated by:

## SCOTT StUART



For Colin.

You are loved.
Exactly as you are.

SCOTT STUART



My Dad has a shadow
that's blue as a berry,
and my Mom's is as pink
as a blossoming cherry.



There's only those
choices, a 2 or a 1.
But mine is quite different,
it's both and it's none.



If theirs are straight,
then mine is a circle.
*For my shadow's
different ...*





My shadow loves playing with *all* sorts of toys.

Things loved by *girls* and things loved by *boys.*



And play sport with the *Blues*
as they lose and they win.







Some tell me I'm blue -
*'Only blue
can be strong.'*

But my Mom's strong too,
so I think they're wrong.



Some tell me I'm pink -
*"Cause pink's the
most caring.'*

But Dad's always crying,
and loving and sharing.



Why can't I love **sport** ...



and **dancing** ...

and **trains?**



And *ponies* ...



and *glitter* ...



and *engines*
and *planes?*

Why must I choose
and exclude all the rest?

I love choosing both
*because both*
*is the best.*



And now it is time
*for the greatest
event* ...



# I'm ready to rock
### and I'm feeling cute!





My Mom made my skirt,



and my Dad made my suit.





Everyone laughs as
they head to their zones.

And right in the middle,
*I'm left all alone.*









My heart just starts racing
and tears fill my eyes.
I know I must choose,
but don't understand why.



The room has gone quiet
and everyone's looking.

My cheeks are so red,
they feel like they're cooking.

*If I cannot be purple,*
*then I cannot stay.*





My eyes open wide.
My shadow, it gawks.

A child walks to the middle,
looks up and talks.

There's more than two
colors our shadows can be.
I was too scared before,
but *blue is not me.*

I know from outside
blue fits like a glove, but
*my shadow's yellow,*
which to me feels like love.

They turn with a smile
and take hold of my hand.

*Who wants to join us?*
There's room here to stand.











They all rush to join us,
whatever their color.

Blue, pink and purple, and
shadows called *"other"*.



I look at each shadow,
no two are the same.

On each happy face
there's no trace of shame.

Each different and special
and fully unique,

*No color's stronger,
and no color's weak.*

The teacher comes over
as we're joined as one.

Whatever your color,
start dancing, *have fun!*





*Scott Stuart*

Scott Stuart is a best-selling children's book author who is committed to creating content that empowers kids. His books have appeared on numerous best-seller lists, as well as being shortlisted for ABIA Children's Book of the Year and CBCA Notable Picture Book of the Year.

His empowering messages have been seen over 100 million times on Social Media, and he is a leading voice on fully accepting and empowering our children, exactly as they are.

Check out Scott's other books at:
**scottstuart.co**

**Larrikin House**
142-144 Frankston Dandenong Rd, Dandenong South Victoria 3175 Australia
**www.larrikinhouse.com**

First Published in Australia by Larrikin House 2022 (larrikinhouse.com)

**Written by:** Scott Stuart
**Illustrated by:** Scott Stuart
**Cover Designed by:** Scott Stuart
**Artwork by:** Mary Anastasiou (imaginecreative.com.au)

All rights reserved. Including the right of reproduction in whole or in part in any form unless specifically permitted under the Australian Copyright Act 1968 as amended.

A CIP catalogue record for this book is available from the National Library of Australia. http://catalogue.nla.gov.au

ISBN: 9781922503817 (Hardback)



FORESTFRIENDLY



NATIONAL LIBRARY OF AUSTRALIA

A catalogue record for this book is available from the National Library of Australia



My Dad has a shadow that's blue as a berry,
and my Mom's is as pink as a blossoming cherry.

There's only those choices, a 2 or a 1.
But mine is quite different, it's both and it's none.

A heartwarming and inspiring book about being true
to yourself, by best-selling children's book creator Scott Stuart.

This story considers gender beyond binary
in a vibrant spectrum of color.

USD $16.99 / CAD $21.99 / GBP £11.99 / AUD $24.99



www.larrikinhouse.com



FORESTFRIENDLY



9 781922 503817      51699