UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE RINDERLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COBB COUNTY SCHOOL DISTRICT, et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:24-CV-00656-JPB |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 48], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. This case is assigned to a six-month discovery period.[1]  Discovery commences thirty days after the first defendant files an answer.  The Court expects the parties to complete both fact and expert discovery during this time period.

---

[1] The Court recognizes that the parties requested an eight-month discovery period.  After review, the Court believes that discovery can be completed in six months.

2. No later than seven days following the resolution of the pending Motion to Dismiss, the parties shall meet and confer to develop a proposed consent order relating to electronically stored information.

3. Dispositive motions shall be filed no later than thirty days after the close of discovery.

**SO ORDERED** this 20th day of September, 2024.

_____
J. P. BOULEE
United States District Judge